# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22055

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Steven B. Gannon and Rachel B. Gannon<br>        Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for the holder of the certificates issued by MASTR Alternative Loan Trust 2006-1<br><br>        Movant,<br>  vs.<br><br>Steven B. Gannon and Rachel B. Gannon, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:09-bk-20219-GBN<br><br>Chapter 13<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>     1152 E. 8th Place<br>     Mesa, AZ 85203 |

     Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

     This motion is supported by the attached Memorandum of Points and Authorities, which is

…

incorporated herein by this reference.

DATED this 27th day of May, 2010.

                        Respectfully submitted,

                        TIFFANY & BOSCO, P.A.


                        BY   /s/ MSB # 010167
                              Mark S. Bosco
                              Leonard J. McDonald
                              Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1.      Steven B. Gannon and Rachel B. Gannon filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Edward J. Maney was appointed Trustee of the bankruptcy estate.

2.      Debtor Debtors have certain real property located in Maricopa County, Arizona, more particularly described as:

> That part of the South half of the Northeast quarter of Section 14, Township 1 North, Range 5 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
>
> BEGINNING at a point 880 feet South and 33 feet West of the Northeast corner of the South half of the Northwest quarter of said Section 14;
>
> THENCE West parallel with the North line of said Northeast quarter, a distance of 255 feet;
>
> THENCE South parallel with the East line of said Section 14, a distance of 145 feet;
>
> THENCE East parallel with the North line of the Northeast quarter, a distance of 255 feet;
>
> THENCE North parallel with the East line of said Section 14, a distance of 145 feet to the POINT OF BEGINNING;
>
> EXCEPT the East 90 feet thereof;
>
> EXCEPT the West 80 feet thereof; and
>
> EXCEPT the North 10 feet of the West 18 feet

3. Debtors executed a Note secured by a Deed of Trust, dated September 1, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

4. By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtors. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5. Debtors are in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after February 1, 2009. Post-petition payments are due as follows:

| | |
|---|---:|
| 7 Monthly Payments(s) at $1,667.52 <br> (November 1, 2009 - May 1, 2010) | $11,672.64 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Accrued Late Fees | $758.40 |
| Suspense Amount | ($400.00) |
| Total | $12,981.04 |

Furthermore, each subsequent payment becomes on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

6. Debtor s are indebted to U.S. Bank National Association, as Trustee for the holder of the certificates issued by MASTR Alternative Loan Trust 2006-1 for the principal balance in the amount of $219,842.11, plus accruing interest, costs, and attorneys fees.

7. Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 1152 E. 8th Place, Mesa, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding

a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

8. Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors and to obtain ownership, possession and control of the Property.

DATED this 27th day of May, 2010.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road
    Ste. 300
    Phoenix, Arizona 85016
    Attorneys for Movant